**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| BENNETTE MCGREGOR, | : | PRISONER CIVIL RIGHTS |
|     Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
|     v. | : | |
| | : | |
| OFFICER CURRY, DeKalb County | : | CIVIL ACTION NO. |
| Correctional Officer, et al., | : | 1:13-CV-3291-TWT-JFK |
|     Defendants. | : | |

**UNITED STATES MAGISTRATE JUDGES
FINAL REPORT AND RECOMMENDATION**

By Order entered on October 9, 2013, the undersigned Ordered Plaintiff, within thirty days, to pay the full $400.00 filing and administrative fees or submit a properly completed *in forma pauperis* application.  (Doc. 3).  The undersigned advised Plaintiff that failure to comply with that directive could result in the dismissal of the action and directed the Clerk to resubmit this action at the expiration of the specified time period. (Id. at 3).

The time period having expired, the matter again is before the Court.  As of December 12, 2013, the records of the Clerk of Court indicate that Plaintiff has not submitted the applicable filing fees or a financial affidavit as ordered and has not otherwise responded.

AO 72A
(Rev.8/82)

**IT IS RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE**, due to Plaintiff's failure to comply with a lawful order of the Court. See LR 41.3 A.(2), NDGa.; see also Heard v. Nix, 170 F. App'x 618, 619 (11th Cir. Feb. 23, 2006) (affirming dismissal under Rule 41.3 and Federal Rule of Civil Procedure 41(b) for failure to comply with district court's order).

The Clerk is **DIRECTED** to terminate the referral to the undersigned.

**IT IS SO RECOMMENDED and DIRECTED**, this 12th day of December, 2013.

JANET F. KING
UNITED STATES MAGISTRATE JUDGE

2