IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BENNETTE MCGREGOR,

   Plaintiff,

     v.

OFFICER CURRY
DeKalb County Correctional Officer, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:13-CV-3291-TWT

**ORDER**

     This is a pro se civil rights action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action without prejudice for failure to pay the filing fee. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

     SO ORDERED, this 16 day of January, 2014.

                                       /s/Thomas W. Thrash
                                       THOMAS W. THRASH, JR.
                                       United States District Judge